**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

Trevor Hillstrom, No. 2023-CV-308

Plaintiff,

vs.

Acquire Interactive, LLC,
Dot818, LLC
Golden Entropy Marketing, Inc.,
d/b/a ECPVIP,
IT Media Solutions, LLC,
LeadsMarket.com, LLC
Leap Theory, LLC
Mega Connect, LLC, and
Zero Parallel, LLC,

Defendants.

---

**NOTICE OF MOTION AND MOTION TO AMEND COMPLAINT TO DISMISS GOLDEN ENTROPY MARKETING, INC. AS A PARTY**

---

TO: Defendants, c/o their respective legal counsel

Plaintiff Trevor Hillstrom moves to amend the Complaint to strike and dismiss his claims against Golden Entropy Marketing, Inc. ("Golden Entropy") in the above-captioned action with prejudice, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. In support of this motion, Hillstrom via his legal counsel avers as follows.

1. This case was initiated in federal court on May 11, 2023.

2. Hillstrom and Golden Entropy have reached a settlement of their dispute.

3. A notice or stipulation of dismissal per Fed. R. Civ. P. 41 would normally resolve these claims, as Federal law generally allows a notice of dismissal or a stipulation of dismissal as the appropriate vehicle to dismiss settling defendants.

4. However, Federal law as interpreted by the 7th Circuit Court of Appeals does not allow this approach. Rather, the appropriate vehicle to dismiss individual claims or parties is a motion to amend the pleadings under Rule 15(a). See *Taylor v. Brown*, 787 F. 3d 851, 857-58 (7th Cir. 2015).

5. Accordingly, pursuant to Rule 15(a), Plaintiff Trevor Hillstrom requests that his Complaint be amended to strike and dismiss his claims against Golden Entropy with prejudice, with each party to pay their own attorneys' fees and costs.

**WHEREFORE**, Plaintiff Trevor Hillstrom respectfully request that the Court: (1) grant his request to amend his Complaint pursuant to Rule 15(a)(2); (2) deem all of Hillstrom's claims against Golden Entropy to be stricken from the pleadings; and (3) dismiss all such claims against Golden Entropy with prejudice, and (4) dismiss Golden Entropy from this action, with each party to pay their own attorney fees and costs.

DATED: July 18, 2023

s/Eric L. Crandall

Eric L. Crandall, Esq.
**CRANDALL LAW FIRM, SC**
421 West Second Street - PO Box 27
New Richmond, WI 54017
715-243-9996 (p)
WisconsinConsumerLaw@frontier.com
Wis. Attorney Lic. No. 1001833

**ATTORNEY FOR PLAINTIFF**