**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

Trevor Hillstrom, No. 2023-CV-308

Plaintiff,

vs.

Dot818, LLC,
LeadsMarket.com, LLC, and
Zero Parallel, LLC,

Defendants.

---

## STIPULATION OF DISMISSAL

---

Pursuant to Federal Rule of Civil Procedure 41, the above-entitled matter is hereby dismissed on its merits with prejudice, without costs or attorney fees to any party. The Court shall retain jurisdiction over this matter to consider any post judgment remedies.

DATED: November 29, 2023

s/ Eric Crandall

Eric L. Crandall, Esq.
**CRANDALL LAW FIRM, SC**
421 West Second Street
PO Box 27
New Richmond, WI 54017
715-243-9996
WisconsinConsumerLaw@frontier.com
Wis. Attorney Lic. No. 1001833

**Attorney for Plaintiff**

Dated: November 29, 2023

By: s/ A. Paul Heeringa

A. Paul Heeringa, Esq.
**MANATT, PHELPS & PHILLIPS, LLP**
151 North Franklin Street
Suite 2600
Chicago, IL 60606
312-529-6308
Pheeringa@manatt.com

**Attorneys for Defendant LeadsMarket**

Dated: November 29, 2023

By: s/ Matthew J. Cornetta
Matthew J. Cornetta, Esq.
**RUDER WARE**
402 Graham Avenue
PO Box 187
Eau Claire, WI 54702
715-834-3425
mcornetta@ruderware.com

**Attorneys for Defendants**
**DOT818 and Zero Parallel**